**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION- BAY CITY**

IN RE:                                             Chapter 7 Bankruptcy
                                                        Bankruptcy No. 21-20908

Ilakeisa Luckado                   HON. Daniel Opperman

         Debtor

_____/

**<u>NOTICE OF MOTION BY DEBTOR ILAKESIA LUCKADO</u>**
**<u>FOR REDEMPTION UNDER 11 U.S.C. §722</u>**

Debtor, Ilakesia Luckado, has filed papers with the Court to Redeem.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to redeem the vehicle, or if you want the court to consider your views on the Motion for Redemption, within **14** days you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

        United States Bankruptcy Court
        111 First Street
        Bay City, MI 48708

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

| Roxane M. Kaye | Randall Frank | Office of the U.S. Trustee |
|---|---|---|
| LSEM | PO Box 2220 | 211 West Fort Street, #700 |
| 436 Saginaw St. Ste. 101 | Bay City, MI 48707 | Detroit, MI 48226 |
| Flint, MI 48502 | Chapter 7 Trustee | US Trustee |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

DATED: 9/19/2021                                          /s/Roxane M. Kaye (P64118)
                                                               Attorney for Debtor(s)
                                                               Legal Services of Eastern Michigan
                                                               436 Saginaw Street, Ste. 101
                                                               Flint, MI 48502
                                                               (810) 272-1506
                                                               rkaye@lsem-mi.org

---

[1] Response or answer must comply with F.R. Civ. P. 8(b)(c)(d) and (e).