**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – BAY CITY**

IN RE:  Chapter 7 Bankruptcy
Bankruptcy No. 21-20908
Ilakeisa Luckado  HON. Daniel Opperman

      Debtor
_____/

Creditor (s) <u>Elga Credit Union</u>  **MOTION BY DEBTOR ILAKEISA**
Address    <u>8503 Davison Road</u>  **LUCKADO FOR REDEMPTION**
<u>Davison, MI 48423</u>  **UNDER 11 U.S.C. §722**

Now comes the Debtor by and through counsel, and moves the court pursuant to 11 U.S.C. and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

   Year <u>2007</u>  Make <u>Saturn</u>  Model <u>Aura</u>

   VIN # <u>1G8ZS57N37F235882</u>

2. The interest of the Debtor (s) in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor ) is a dischargeable consumer debt.

3. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value", should be determined to be not more than $502.00 as evidenced by the attached written appraisal, KELLY BLUE BOOK. The vehicle is currently in operable and in need of repairs.

4. Arrangements have been made by the Debtor (s) to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

**WHEREFORE,** the Debtor (s) request (s) the Court to order the said Creditor to accept from the Debtor (s) the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtor (s) requests the Court to determine the value of the property as of the time of the hearing on such objection.

DATED: 9/19/2021                /s/Roxane M. Kaye (P64118)
                                Attorney for Debtor(s)
                                Legal Services of Eastern Michigan
                                436 Saginaw Street, Ste. 101
                                Flint, MI  48502
                                (810) 272-1506
                                rkaye@lsem-mi.org