# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION- BAY CITY

IN RE:                          Chapter 7 Bankruptcy
                                    Bankruptcy No. 21-20908

Ilakeisa Luckado             HON. Daniel Opperman

     Debtor

_____/

## ORDER OF REDEMPTION UNDER 11 U.S.C. §722

Upon the motion of the Debtor and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

     Year <u>2007</u>          Make <u>Saturn</u>          Model <u>Aura</u>

                 VIN # <u>1G8ZS57N37F235882</u>

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $502.00.

**IT HEREBY ORDERED,** that the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.