**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION- BAY CITY**

| | |
|---|---|
| IN RE: | Chapter 7 Bankruptcy |
| | Bankruptcy No. 21-20908 |
| Ilakeisa Luckado | HON. Daniel Opperman |
| Debtor | |
| _____/ | |

**CERTIFICATE OF SERVICE**

    I certify that on September 20, 2021, I electronically filed a Debtor's Motion to Redeem, Exhibit, Notice of Motion, Proposed Order to Redeem, and Proof of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- **Randall L Frank**  randall.frank@gmail.com, MI31@ecfcbis.com;rlf@trustesolutions.net
- **Roxane Kaye**  rkaye@lsem-mi.org

    And I hereby certified that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Elga Credit Union, 8503 Davison Road, Davison, Michigan 48423

Dated: 9/20/2021                      LEGAL SERVICES EASTERN MICHIGAN

                                              /s/Roxane M. Kaye_____
                                              Roxane M. Kaye (64118)
                                              Attorney for Debtor
                                              436 S. Saginaw Street, Ste. 101
                                              Flint, MI 48502
                                              (810) 272-1506
                                              rkaye@lsem-mi.org